IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED

IN RE:  
WILLIAM R. HOFMANN  
& ANTTONIA M. HOFMANN  
DEBTORS

CHAPTER 13  
CASE NO.:03-43908-LWD

2004 JAN -9  P 2: 50

U.S. BANKRUPTCY COURT  
SAVANNAH, GA.

## AMENDMENT TO SCHEDULES 'F'

COME NOW the Debtors, by and through Thomas L. Cole, attorney of record, and amend their original petition by amending Schedule 'F' Creditor's Holding Unsecured, Non-Priority Claims by adding the following creditor:

FLEET CREDIT CARD SERVICES  
PO BOX 15368  
WILMINGTON, DE 19886

WHEREFORE, debtors pray this amendment be allowed.

This 9 day of January, 2003.

THOMAS L. COLE  
Attorney for the Debtors  
GA Bar #176523

Cole, Fleming & Krembs, P.C.  
33 Bull Street, Suite 412  
Savannah, GA  31401  
(912)233-7272



CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served the persons named below by sending a copy of the AMEDMENT TO SCHEDULES 'F', Chapter 13 Plan, Notice and Proof of Claim by placing the same in the United States Mail with sufficient postage to assure delivery and properly addressed to:

WILLIAM R. HOFMANN
ANTTONIA M. HOFMANN
2522 COVE STREET
HINESVILLE, GA 31313

FLEET CREDIT CARD SERVICES
PO BOX 15368
WILMINGTON, DE 19886

Via Hand Delivery:

SYLVIA FORD BROWN
33 BULL STREET
STE 415
SAVANNAH, GA 31401

On this 9 day of January, 2003.

_____
Signature of Party Who Mailed & Delivered Copies

Cole, Fleming & Krembs, P.C.
33 Bull Street, Suite 412
Savannah, GA 31401
(912)233-7272

2